## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| DENNIS MICHAEL PHILIPSON, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:26-cv-02722-SHL-cgc |
| MID-AMERICA APARTMENT COMMUNITIES, INC., and H. ERIC BOLTON, JR., | ) ) ) | |
| Defendants. | ) ) | |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed June 22, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 18), filed July 9, 2026, and Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims by Plaintiff against Defendants are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 9, 2026
Date